**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN 38101-0520

December 27, 2023

**Re: Standing Trustee's Notice of Distribution**
**Case No: 23-11742**

On May 19, 2023 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF DECEMBER 27, 2023

**Chapter 13 Case # 23-11742**

Atty: SCURA WIGFIELD HEYER & STEVEI

Re: ENRIQUE R. NOLE
MARLENE J. TAYPE
78 UNION AVENUE
GARFIELD, NJ 07026

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $52,500.00**

## RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/01/2023 | $875.00 | 9135222000 | 05/30/2023 | $875.00 | 9189298000 |
| 06/27/2023 | $875.00 | 9241892000 | 07/19/2023 | $875.00 | 9282656000 |
| 08/30/2023 | $875.00 | 9352572000 | 10/04/2023 | $875.00 | 9414657000 |
| 11/09/2023 | $875.00 | 9474540000 | 12/01/2023 | $875.00 | 9509077000 |

**Total Receipts: $7,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 494.40 | |
| ATTY | ATTORNEY | ADMIN | 2,481.50 | 100.00% | 2,481.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICANEXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | LVNV FUNDING LLC | UNSECURED | 8,431.64 | * | 0.00 | |
| 0003 | CENLAR FSB | (NEW) Prepetition A | 2,040.99 | 100.00% | 2,040.99 | |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITIBANK NA | UNSECURED | 2,767.50 | * | 0.00 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 7,662.43 | * | 0.00 | |
| 0007 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,661.91 | * | 0.00 | |
| 0009 | CITIBANK SOUTH DAKOTA NA | SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | COMENITY BANK/VICTORIA'S SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 167.63 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,115.79 | * | 0.00 | |
| 0013 | COMENITY CAPITAL BANK/TOYOTA CRE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FIFTH THIRD BANK | VEHICLE SECURI | 10.00 | 100.00% | 10.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 889.33 | * | 0.00 | |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | JPMORGAN CHASE BANK NA | UNSECURED | 2,907.61 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,040.78 | * | 0.00 | |
| 0020 | MERRICK BANK | UNSECURED | 3,648.95 | * | 0.00 | |
| 0022 | PNC BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 5,313.97 | * | 0.00 | |
| 0024 | STATE OF NEW JERSEY, DIVISION OF TA) | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 855.64 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 1,384.23 | * | 0.00 | |
| 0028 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,561.31 | * | 0.00 | |
| 0029 | LVNV FUNDING LLC | UNSECURED | 6,298.90 | * | 0.00 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,741.96 | * | 0.00 | |
| 0033 | UPSTART NETWORK | UNSECURED | 3,148.53 | * | 0.00 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 1,829.67 | * | 0.00 | |
| 0037 | LVNV FUNDING LLC | UNSECURED | 1,817.93 | * | 0.00 | |
| 0038 | LVNV FUNDING LLC | UNSECURED | 5,501.11 | * | 0.00 | |
| 0039 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 769.35 | * | 0.00 | |
| 0040 | JPMORGAN CHASE BANK NA | UNSECURED | 4,984.35 | * | 0.00 | |
| 0041 | JPMORGAN CHASE BANK NA | UNSECURED | 615.27 | * | 0.00 | |
| 0042 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,771.06 | * | 0.00 | |
| 0043 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,067.96 | * | 0.00 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,672.97 | * | 0.00 | |
| 0045 | NEW JERSEY DEPARTMENT OF LABOR | PRIORITY | 308.19 | 100.00% | 308.19 | |
| 0046 | NEW JERSEY DEPARTMENT OF LABOR | UNSECURED | 1,242.54 | * | 0.00 | |
| 0047 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,166.02 | * | 0.00 | |
| 0048 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 78.68 | * | 0.00 | |
| 0049 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,003.90 | * | 0.00 | |

**Total Paid: $5,335.08**
See Summary

## LIST OF PAYMENTS TO CLAIMS (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 09/18/2023 | $787.12 | 916216 | 10/16/2023 | $814.13 | 917697 |
| | 11/13/2023 | $439.74 | 919141 | | | |
| FIFTH THIRD BANK | | | | | | |
| | 10/16/2023 | $7.85 | 917819 | 11/13/2023 | $2.15 | 919270 |
| NEW JERSEY DEPARTMENT OF LABOR | | | | | | |
| | 11/13/2023 | $308.19 | 919472 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: December 27, 2023.

Receipts: $7,000.00 - Paid to Claims: $2,359.18 - Admin Costs Paid: $2,975.90 = Funds on Hand: $1,664.92

Base Plan Amount: $52,500.00 - Receipts: $7,000.00 = Total Unpaid Balance: **$45,500.00

****NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.