SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: ENRIQUE R. NOLE
MARLENE J. TAYPE
78 UNION AVENUE
GARFIELD, NJ 07026

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
**Chapter 13 Case # 23-11742**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $52,500.00**

## RECEIPTS AS OF 01/01/2024

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/01/2023 | $875.00 | 9135222000 | 05/30/2023 | $875.00 | 9189298000 |
| 06/27/2023 | $875.00 | 9241892000 | 07/19/2023 | $875.00 | 9282656000 |
| 08/30/2023 | $875.00 | 9352572000 | 10/04/2023 | $875.00 | 9414657000 |
| 11/09/2023 | $875.00 | 9474540000 | 12/01/2023 | $875.00 | 9509077000 |

**Total Receipts: $7,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 09/18/2023 | $787.12 | 916,216 | 10/16/2023 | $814.13 | 917,697 |
| | 11/13/2023 | $439.74 | 919,141 | | | |
| FIFTH THIRD BANK | | | | | | |
| | 10/16/2023 | $7.85 | 917,819 | 11/13/2023 | $2.15 | 919,270 |
| NEW JERSEY DEPARTMENT OF LABOR | | | | | | |
| | 11/13/2023 | $308.19 | 919,472 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 494.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,481.50 | 100.00% | 2,481.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICANEXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | LVNV FUNDING LLC | UNSECURED | 8,431.64 | * | 94.78 | |
| 0003 | CENLAR FSB | (NEW) Prepetition A | 2,040.99 | 100.00% | 2,040.99 | |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 23-11742**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | CITIBANK NA | UNSECURED | 2,767.50 | * | 31.11 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 7,662.43 | * | 86.13 | |
| 0007 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,661.91 | * | 52.41 | |
| 0009 | CITIBANK SOUTH DAKOTA NA | SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | COMENITY BANK/VICTORIA'S SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 167.63 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,115.79 | * | 12.53 | |
| 0013 | COMENITY CAPITAL BANK/TOYOTA CRE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FIFTH THIRD BANK | VEHICLE SECURE | 10.00 | 100.00% | 10.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 889.33 | * | 9.99 | |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | JPMORGAN CHASE BANK NA | UNSECURED | 2,907.61 | * | 32.68 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,040.78 | * | 157.83 | |
| 0020 | MERRICK BANK | UNSECURED | 3,648.95 | * | 41.01 | |
| 0022 | PNC BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 5,313.97 | * | 59.73 | |
| 0024 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 855.64 | * | 9.62 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 1,384.23 | * | 15.55 | |
| 0028 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,561.31 | * | 17.56 | |
| 0029 | LVNV FUNDING LLC | UNSECURED | 6,298.90 | * | 70.80 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,741.96 | * | 53.30 | |
| 0033 | UPSTART NETWORK | UNSECURED | 3,148.53 | * | 35.39 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 1,829.67 | * | 20.56 | |
| 0037 | LVNV FUNDING LLC | UNSECURED | 1,817.93 | * | 20.43 | |
| 0038 | LVNV FUNDING LLC | UNSECURED | 5,501.11 | * | 61.84 | |
| 0039 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 769.35 | * | 8.65 | |
| 0040 | JPMORGAN CHASE BANK NA | UNSECURED | 4,984.35 | * | 56.03 | |
| 0041 | JPMORGAN CHASE BANK NA | UNSECURED | 615.27 | * | 6.91 | |
| 0042 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,771.06 | * | 300.92 | |
| 0043 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,067.96 | * | 293.02 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,672.97 | * | 18.80 | |
| 0045 | NEW JERSEY DEPARTMENT OF LABOR | PRIORITY | 308.19 | 100.00% | 308.19 | |
| 0046 | NEW JERSEY DEPARTMENT OF LABOR | UNSECURED | 1,242.54 | * | 13.96 | |
| 0047 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,166.02 | * | 46.82 | |
| 0048 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 78.68 | * | 0.00 | |
| 0049 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,003.90 | * | 33.77 | |

**Total Paid: $6,997.21**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $7,000.00 - Paid to Claims: $4,021.31 - Admin Costs Paid: $2,975.90 = Funds on Hand: $2.79

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.