Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11742−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Enrique R. Nole                                  Marlene J. Taype
78 Union Avenue                                   78 Union Avenue
Garfield, NJ 07026                                Garfield, NJ 07026

Social Security No.:
  xxx−xx−4560                                     xxx−xx−3650

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      3/6/25
Time:      02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney,
period: 5/22/2023 to 1/22/2025

COMMISSION OR FEES
$1,322.50

EXPENSES
$3.79

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 6, 2025
JAN:

                                            Jeanne Naughton
                                            Clerk

Case 23-11742-VFP    Doc 51    Filed 02/08/25    Entered 02/09/25 00:15:27    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11742-VFP |
| Enrique R. Nole | Chapter 13 |
| Marlene J. Taype | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 06, 2025 | Form ID: 137 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Enrique R. Nole, Marlene J. Taype, 78 Union Avenue, Garfield, NJ 07026-2631 |
| 519852934 | + | Eichenbaum & Stylianou, LLC, 10 Forest Avenue, Ste 3. Paramus, Paramus, NJ 07652-5238 |
| 519875693 | + | State of NJ Dept of Labor Div of Employer Acc, P O Box 379, Trenton, NJ 08625-0379 |
| 519852950 | + | United States Attorney General - Attorney Gen, United States Department of Justice, Ben Franklin Station - P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2025 20:57:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519852921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 21:07:42 | AmericanExpress, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519852922 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Feb 06 2025 20:55:45 | Best Egg Personal Loans, Po Box 42912, Philadelphia, PA 19101-2912 |
| 519897885 | + | Email/Text: BKelectronicnotices@cenlar.com | Feb 06 2025 20:58:00 | CMG Mortgage, Inc., c/o Cenlar FSB, Attention: BK Department,, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519852929 | ^ | MEBN | Feb 06 2025 20:51:06 | CMG Mortgage, Inc., 3160 Crow Canyon Suite 400, San Ramon, CA 94583-1382 |
| 519852923 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2025 21:08:08 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519889657 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2025 21:07:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519852925 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 21:07:50 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 519852924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 21:08:15 | Citibank North America, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519852926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 21:07:58 | Citibank North America, Po Box 769006, San Antonio, TX 78245-9006 |
| 519852927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 23-11742-VFP    Doc 51    Filed 02/08/25    Entered 02/09/25 00:15:27    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 137 | Total Noticed: 61 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 06 2025 21:08:10 | Citibank North America/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 519852928 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 21:07:42 | Citibank South Dakota NA, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 519899854 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2025 20:59:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519852930 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 20:59:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 519852932 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 20:59:00 | Comenity Capital Bank/Floor & Decor, Po Box 182120, Columbus, OH 43218-2120 |
| 519852933 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 20:59:00 | Comenity Capital Bank/Toyota Credit Card, Po Box 182120, Columbus, OH 43218-2120 |
| 519852935 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 06 2025 21:00:00 | Fifth Third Bank Na, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519867991 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Feb 06 2025 20:57:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 519852936 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 06 2025 21:29:04 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519852937 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2025 20:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519915414 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2025 20:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519852938 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2025 21:07:42 | JPMorgan Chase Bank, Po Box 15369, Wilmington, DE 19850 |
| 519871638 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 06 2025 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519870493 | + | Email/Text: RASEBN@raslg.com | Feb 06 2025 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519885800 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 21:07:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519907289 | + | Email/Text: Documentfiling@lciinc.com | Feb 06 2025 20:57:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519852939 | + | Email/Text: Documentfiling@lciinc.com | Feb 06 2025 20:57:00 | LendingClub Corporation, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 519887957 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 06 2025 20:56:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519852940 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 06 2025 20:56:04 | Merrick Bank Corporation, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519852941 | ^ | MEBN | Feb 06 2025 20:48:48 | New Jersey Attorney General Office Division o, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519914732 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2025 20:57:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519852942 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2025 20:57:00 | Pnc Bank, Po Box 8703, Dayton, OH 45401 |
| 519949029 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 21:08:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519949030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2025 21:08:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519915261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2025 21:07:51 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519915264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2025 21:18:43 | | Portfolio Recovery Associates, LLC, c/o Lendingclub Corp. As Servicer For Wi, POB 41067, Norfolk VA 23541 |
| 519915262 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2025 20:55:48 | | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation As Servicer, POB 41067, Norfolk VA 23541 |
| 519915255 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2025 21:07:51 | | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519915245 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2025 20:56:03 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519852943 | | Email/Text: ProsperBK@prosper.com Feb 06 2025 20:59:00 | | Prosper Marketplace, 221 Main St Ste 300, San Francisco, CA 94105 |
| 519912999 | + | Email/Text: JCAP_BNC_Notices@jcap.com Feb 06 2025 20:59:00 | | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519915367 | + | Email/Text: bncmail@w-legal.com Feb 06 2025 20:59:00 | | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 519908817 | | Email/Text: bnc-quantum@quantum3group.com Feb 06 2025 20:59:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519908864 | | Email/Text: bnc-quantum@quantum3group.com Feb 06 2025 20:59:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519902160 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 06 2025 20:55:49 | | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519852944 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Feb 06 2025 20:57:00 | | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519853361 | ^ | MEBN Feb 06 2025 20:51:11 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519852945 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 06 2025 21:07:57 | | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519852946 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 06 2025 21:07:43 | | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 519852947 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 06 2025 21:08:18 | | Synchrony Bank/PayPal Credi, Po Box 530975, Orlando, FL 32896-0001 |
| 519852948 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 06 2025 21:18:53 | | Synchrony Bank/T.J.Maxx, Po Box 965015, Orlando, FL 32896-5015 |
| 519852949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 06 2025 21:08:23 | | The Home Depot/Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519852951 | + | Email/Text: LCI@upstart.com Feb 06 2025 20:57:00 | | Upstart Network Inc., 2950 S Delaware St Ste 3, San Mateo, CA 94403-2577 |
| 519862679 | ^ | MEBN Feb 06 2025 20:50:16 | | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519904119 | + | Email/PDF: ebn_ais@aisinfo.com Feb 06 2025 21:18:42 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 57

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519852931 | *+ | Comenity Bank/Victoria's Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519949034 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519949035 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor CMG Mortgage Inc. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| David L. Stevens | on behalf of Debtor Enrique R. Nole dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;vduarte@scur |
| David L. Stevens | on behalf of Joint Debtor Marlene J. Taype dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;vduarte@scur |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Joint Debtor Marlene J. Taype jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com |
| Jamal J Romero | on behalf of Debtor Enrique R. Nole jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor CMG Mortgage Inc. nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9