## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION COVER SHEET

Debtor:  Enrique R. Nole & Marlene J. Taype    Applicant:  Jamal J. Romero, Esq.

Case No.:  23-11742-VFP    Chapter:  13

Petition Date:  03/03/2023

_____

I certify that I am the attorney for the debtor(s) and submit this Application for Compensation and Reimbursement of Expenses ("Application") in accordance with D.N.J. LBR 2016-1 and 2016-5.

I further certify:

1. A pre-petition written retainer agreement ("Agreement") has been executed with the debtor(s) and this Application is consistent with that Agreement and D.N.J. LBR 2016;

2. I have complied with 11 U.S.C. §§ 527 and 528;

3. The fees sought in this Application:

    ☒    will not reduce the amount to be paid to general unsecured creditors under the plan;

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows: _____

    _____;

4. I have advised the debtor(s) that the fees sought in this Application:

    ☐    will not increase the amount and/or duration of plan payments;

    ☒    will increase the amount and/or duration of plan payments as follows: Plan payment will increase from $875.00 to $890.91 commencing in March 2025. ;

5. I have advised the debtor(s) that the fees sought in this Application:

    ☒    will be paid through the plan;

    ☐    will be paid outside of the plan;

6. I have served a copy of this Fee Application Cover Sheet and Application on the debtor(s).

I certify under penalty of perjury that the above is true.

Date: February 10, 2025 _____    /s/ Jamal J. Romero, Esq. _____
Signature

**NOTE:**    **DO NOT COMPLETE SECTIONS I-III BELOW IF THE AMOUNT OF THIS APPLICATION, INCLUSIVE OF EXPENSES, IS UNDER $1,000.**

# SECTION I
# FEE SUMMARY

☒ Interim Fee Application No. _2_____ or ☐ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Received | $ 4,981.50 | $ 0.00 |
| Total Fees Allowed to Date: | $ 4,981.50 | $ 0.00 |
| Total Retainer (If Applicable): | $ 2,500.00 | $ 0.00 |
| Total Received by Applicant: | $ 4,981.50 | $ 0.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Paul Evangelista, Esq. | 2000 | 0.2 | $395.00 | $79.00 |
| 2. Ismael Landaverde | N/A | 0.1 | $150.00 | $15.00 |
| 3. Silvia Pereyra | N/A | 4.1 | $195.00 | $799.50 |
| 4. Maria Popick | N/A | 2.2 | $195.00 | $429.00 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

Fee Totals: _____1322.5_____

Expense Totals: _____3.79_____

Total Fee Application _____1326.29_____

Less 60.0% courtesy discount,
leaving a balance of $530.52

**SECTION II**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  **Preparation of Petition**<br>Meeting with client(s), drafting and signing of petition. | 0.1 | 19.50 |
| b)  **Attendance at Meeting of Creditors**<br>Preparation for, and attendance at meeting of creditors. | | |
| c)  **Review of Claims; Prosecution of Objections to Claims**<br>Review and analysis of filed claims. Negotiate with creditors and coordinate with debtor. Preparation of pleadings and responses. Attend Hearing. | 0.2 | 79.00 |
| d)  **Case Administration**<br>Coordination of administrative tasks with debtor. Communication with trustee and creditors. Filing and service of amendments to schedules, change of address, Certification in Support of Discharge, Financial Management Certification. Preparation and filing of retention and fee applications. | 0.3 | 54.00 |
| e)  **Plan and Modification of Plan**<br>Formulation and drafting of plan or modified plan. Coordination with client and creditors. Review of objections to confirmation. Attend confirmation hearing(s). | 5.1 | 994.50 |
| f)  **Prosecution of Motion(s)**<br>Draft motion(s), reply to opposition filed and attend hearing. | 0.9 | 175.50 |
| g)  **Defense of Motion(s)/Certification(s) of Default**<br>Review and analysis of pleadings. Coordinate response with client. Draft opposition documents. Attend hearing. | | |
| h)  **2004 Examination**<br>Preparation for, and attendance at 2004 examination(s). | | |
| i)  **Prosecution/Defense of Adversary Proceeding**<br>Review and analyze issues. Preparation for and attendance at depositions. Preparation of related pleadings and responses. Court appearances. | | |
| j)  **Loss Mitigation/Loan Modification**<br>Communication with secured lender. Coordination with debtor. Preparation of pleadings. Participation in settlement conferences. Attend hearing. | | |
| k)  **Travel Time** | | |
| **TOTALS:** | 6.6 | 1322.5 |

### SECTION III
### SUMMARY OF EXPENSES

| DISBURSEMENTS | AMOUNT |
|---|---|
| a)  **Computer Assisted Legal Research**<br>Westlaw/Lexis and a description of manner calculated. | |
| b)  **Pacer Fees**<br>Payable to the Pacer Service Center. | |
| c)  **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| d)  **In-House Reproduction Services**<br>Exclusive of overhead charges. Include per page fee charged. | |
| e)  **Outside Reproduction Services**<br>Including scanning services. | |
| f)  **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| g)  **Court Reporting**<br>Transcripts. | |
| h)  **Travel**<br>Mileage, tolls, parking. | |
| i)  **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| j)  **Postage** | 3.79 |
| k)  **Other (specify)**  Copies | |
| **DISBURSEMENTS TOTAL:** | 3.79 |

I certify under penalty of perjury that the above is true.

Date: February 10, 2025                    /s/ Jamal J. Romero, Esq.

                                                              Signature

*rev.8/1/19*