UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:      _____

Chapter:               13

Judge:      _____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 7, 2025**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____, the applicant, is allowed a fee of $ _____ * for services rendered and expenses in the amount of $_____ for a total of $_____ * . The allowance is payable:

    ☐ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

* The amount to be paid through the Chapter 13 Plan is $530.52 ($1,326.29 less 60.0% courtesy credit)*

*rev.8/1/15*