SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: ENRIQUE R. NOLE
MARLENE J. TAYPE
78 UNION AVENUE
GARFIELD, NJ 07026

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-11742**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $53,088.67**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/01/2023 | $875.00 | 9135222000 | 05/30/2023 | $875.00 | 9189298000 |
| 06/27/2023 | $875.00 | 9241892000 | 07/19/2023 | $875.00 | 9282656000 |
| 08/30/2023 | $875.00 | 9352572000 | 10/04/2023 | $875.00 | 9414657000 |
| 11/09/2023 | $875.00 | 9474540000 | 12/01/2023 | $875.00 | 9509077000 |
| 01/16/2024 | $875.00 | 9582663000 | 02/05/2024 | $875.00 | 9616987000 |
| 03/01/2024 | $875.00 | 9660212000 | 04/02/2024 | $875.00 | 9715224000 |
| 04/23/2024 | $875.00 | 9748312000 | 06/03/2024 | $875.00 | 9812916000 |
| 07/05/2024 | $875.00 | 9867315000 | 07/22/2024 | $875.00 | 9891539000 |
| 09/04/2024 | $875.00 | 9961730000 | 09/30/2024 | $875.00 | 9999654000 |
| 11/01/2024 | $875.00 | 1005209800 | 12/04/2024 | $875.00 | 1010396200 |
| 01/03/2025 | $875.00 | 1014603900 | 01/23/2025 | $875.00 | 1017488100 |
| 02/28/2025 | $875.00 | I1MZGXDK31-Plan | 04/02/2025 | $890.91 | I1V4GFN3WC-Plan |
| 04/29/2025 | $890.91 | I13KGZGWNZ-Plan | 06/04/2025 | $890.91 | |
| 07/08/2025 | $890.91 | | 07/09/2025 | $890.91 | |
| 09/05/2025 | $890.91 | | 10/06/2025 | $890.91 | |
| 11/04/2025 | $890.91 | | 12/05/2025 | $890.91 | |
| 01/06/2026 | $890.91 | | | | |

**Total Receipts: $29,034.10 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $29,034.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 01/08/2024 | $46.82 | 921,917 | 03/11/2024 | $45.29 | 924,721 |
| | 04/15/2024 | $22.64 | 926,160 | 05/10/2024 | $22.65 | 927,631 |
| | 06/17/2024 | $22.64 | 929,034 | 07/15/2024 | $22.62 | 930,518 |
| | 08/19/2024 | $23.40 | 931,933 | 09/16/2024 | $23.38 | 933,393 |
| | 10/21/2024 | $23.37 | 934,795 | 11/18/2024 | $23.40 | 936,275 |

**Chapter 13 Case # 23-11742**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/16/2024 | $23.12 | 937,662 | 01/13/2025 | $23.13 | 939,105 |
| | 02/10/2025 | $8.22 | 940,464 | 03/17/2025 | $23.12 | 941,856 |
| | 04/14/2025 | $23.13 | 943,315 | 05/12/2025 | $23.55 | 944,750 |
| | 06/16/2025 | $47.37 | 946,161 | 07/14/2025 | $47.62 | 947,611 |
| | 09/16/2025 | $23.81 | 950,325 | 10/20/2025 | $23.54 | 951,763 |
| | 11/17/2025 | $23.56 | 953,242 | 12/15/2025 | $23.56 | 954,648 |
| | 01/12/2026 | $23.55 | 956,066 | | | |
| CENLAR FSB | | | | | | |
| | 09/18/2023 | $787.12 | 916,216 | 10/16/2023 | $814.13 | 917,697 |
| | 11/13/2023 | $439.74 | 919,141 | | | |
| CITIBANK NA | | | | | | |
| | 01/08/2024 | $31.11 | 921,563 | 03/11/2024 | $30.08 | 924,355 |
| | 04/15/2024 | $15.04 | 925,769 | 05/10/2024 | $15.04 | 927,269 |
| | 06/17/2024 | $15.04 | 928,629 | 07/15/2024 | $15.05 | 930,143 |
| | 08/19/2024 | $15.52 | 931,536 | 09/16/2024 | $15.53 | 933,025 |
| | 10/21/2024 | $15.53 | 934,387 | 11/18/2024 | $15.55 | 935,879 |
| | 12/16/2024 | $15.36 | 937,260 | 01/13/2025 | $15.37 | 938,690 |
| | 02/10/2025 | $5.44 | 940,079 | 03/17/2025 | $15.38 | 941,431 |
| | 04/14/2025 | $15.36 | 942,902 | 05/12/2025 | $15.65 | 944,333 |
| | 06/16/2025 | $31.46 | 945,729 | 07/14/2025 | $31.63 | 947,194 |
| | 09/16/2025 | $15.82 | 949,897 | 10/20/2025 | $15.64 | 951,316 |
| | 11/17/2025 | $15.65 | 952,798 | 12/15/2025 | $15.65 | 954,198 |
| | 01/12/2026 | $15.65 | 955,641 | | | |
| FIFTH THIRD BANK | | | | | | |
| | 10/16/2023 | $7.85 | 917,819 | 11/13/2023 | $2.15 | 919,270 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 01/08/2024 | $9.99 | 8,003,910 | 01/08/2024 | $17.56 | 8,003,910 |
| | 01/08/2024 | $8.65 | 8,003,910 | 03/11/2024 | $9.67 | 8,003,994 |
| | 03/11/2024 | $16.96 | 8,003,994 | 03/11/2024 | $8.37 | 8,003,994 |
| | 04/15/2024 | $8.49 | 8,004,037 | 05/10/2024 | $9.67 | 8,004,083 |
| | 05/10/2024 | $8.48 | 8,004,083 | 05/10/2024 | $8.36 | 8,004,083 |
| | 06/17/2024 | $8.49 | 8,004,127 | 07/15/2024 | $9.67 | 8,004,172 |
| | 07/15/2024 | $8.36 | 8,004,172 | 07/15/2024 | $8.48 | 8,004,172 |
| | 08/19/2024 | $8.77 | 8,004,211 | 09/16/2024 | $8.76 | 8,004,253 |
| | 09/16/2024 | $8.63 | 8,004,253 | 09/16/2024 | $9.98 | 8,004,253 |
| | 10/21/2024 | $8.75 | 8,004,292 | 11/18/2024 | $9.98 | 8,004,335 |
| | 11/18/2024 | $8.78 | 8,004,335 | 11/18/2024 | $8.64 | 8,004,335 |
| | 12/16/2024 | $8.66 | 8,004,375 | 01/13/2025 | $8.54 | 8,004,415 |
| | 01/13/2025 | $9.88 | 8,004,415 | 01/13/2025 | $8.67 | 8,004,415 |
| | 03/17/2025 | $6.69 | 8,004,502 | 03/17/2025 | $5.79 | 8,004,502 |
| | 03/17/2025 | $11.75 | 8,004,502 | 04/14/2025 | $8.67 | 8,004,546 |
| | 05/12/2025 | $9.97 | 8,004,585 | 05/12/2025 | $8.62 | 8,004,585 |
| | 05/12/2025 | $8.83 | 8,004,585 | 06/16/2025 | $10.11 | 8,004,622 |
| | 06/16/2025 | $17.75 | 8,004,622 | 06/16/2025 | $8.75 | 8,004,622 |
| | 07/14/2025 | $17.83 | 8,004,666 | 07/14/2025 | $8.79 | 8,004,666 |
| | 07/14/2025 | $10.16 | 8,004,666 | 09/16/2025 | $5.08 | 8,004,742 |
| | 09/16/2025 | $8.93 | 8,004,742 | 10/20/2025 | $5.03 | 8,004,783 |
| | 10/20/2025 | $8.82 | 8,004,783 | 10/20/2025 | $8.75 | 8,004,783 |
| | 11/17/2025 | $5.02 | 8,004,827 | 11/17/2025 | $8.84 | 8,004,827 |
| | 12/15/2025 | $8.69 | 8,004,865 | 12/15/2025 | $5.03 | 8,004,865 |
| | 12/15/2025 | $8.82 | 8,004,865 | 01/12/2026 | $5.04 | 8,004,906 |
| | 01/12/2026 | $8.83 | 8,004,906 | | | |

**Chapter 13 Case # 23-11742**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 01/08/2024 | $56.03 | 921,628 | 01/08/2024 | $6.91 | 921,628 |
| | 01/08/2024 | $32.68 | 921,628 | 03/11/2024 | $54.17 | 924,421 |
| | 03/11/2024 | $6.69 | 924,421 | 03/11/2024 | $31.61 | 924,421 |
| | 04/15/2024 | $15.80 | 925,835 | 04/15/2024 | $27.09 | 925,835 |
| | 05/10/2024 | $27.10 | 927,328 | 05/10/2024 | $6.69 | 927,328 |
| | 05/10/2024 | $15.80 | 927,328 | 06/17/2024 | $27.08 | 928,700 |
| | 06/17/2024 | $15.80 | 928,700 | 07/15/2024 | $15.81 | 930,202 |
| | 07/15/2024 | $27.09 | 930,202 | 07/15/2024 | $6.69 | 930,202 |
| | 08/19/2024 | $16.32 | 931,599 | 08/19/2024 | $27.97 | 931,599 |
| | 09/16/2024 | $16.32 | 933,085 | 09/16/2024 | $27.97 | 933,085 |
| | 09/16/2024 | $6.90 | 933,085 | 10/21/2024 | $27.98 | 934,443 |
| | 10/21/2024 | $16.30 | 934,443 | 11/18/2024 | $16.33 | 935,934 |
| | 11/18/2024 | $27.97 | 935,934 | 11/18/2024 | $6.91 | 935,934 |
| | 12/16/2024 | $16.14 | 937,313 | 12/16/2024 | $27.68 | 937,313 |
| | 01/13/2025 | $16.15 | 938,739 | 01/13/2025 | $27.68 | 938,739 |
| | 01/13/2025 | $6.84 | 938,739 | 02/10/2025 | $5.73 | 940,127 |
| | 02/10/2025 | $9.82 | 940,127 | 03/17/2025 | $16.15 | 941,478 |
| | 03/17/2025 | $27.69 | 941,478 | 04/14/2025 | $27.67 | 942,950 |
| | 04/14/2025 | $8.04 | 942,950 | 04/14/2025 | $16.14 | 942,950 |
| | 05/12/2025 | $16.44 | 944,376 | 05/12/2025 | $28.18 | 944,376 |
| | 06/16/2025 | $56.67 | 945,778 | 06/16/2025 | $10.47 | 945,778 |
| | 06/16/2025 | $33.06 | 945,778 | 07/14/2025 | $33.23 | 947,234 |
| | 07/14/2025 | $56.96 | 947,234 | 07/14/2025 | $7.04 | 947,234 |
| | 09/16/2025 | $16.61 | 949,933 | 09/16/2025 | $28.48 | 949,933 |
| | 10/20/2025 | $16.43 | 951,358 | 10/20/2025 | $28.17 | 951,358 |
| | 10/20/2025 | $6.99 | 951,358 | 11/17/2025 | $16.45 | 952,834 |
| | 11/17/2025 | $28.19 | 952,834 | 12/15/2025 | $28.18 | 954,236 |
| | 12/15/2025 | $6.95 | 954,236 | 12/15/2025 | $16.44 | 954,236 |
| | 01/12/2026 | $16.44 | 955,676 | 01/12/2026 | $28.18 | 955,676 |

**Chapter 13 Case # 23-11742**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 01/08/2024 | $94.78 | 922,185 | 01/08/2024 | $70.80 | 922,185 |
| | 01/08/2024 | $86.13 | 922,185 | 01/08/2024 | $59.73 | 922,185 |
| | 01/08/2024 | $9.62 | 922,185 | 01/08/2024 | $15.55 | 922,185 |
| | 01/08/2024 | $20.56 | 922,185 | 01/08/2024 | $20.43 | 922,185 |
| | 01/08/2024 | $61.84 | 922,185 | 03/11/2024 | $83.29 | 924,992 |
| | 03/11/2024 | $91.65 | 924,992 | 03/11/2024 | $68.47 | 924,992 |
| | 03/11/2024 | $57.76 | 924,992 | 03/11/2024 | $9.30 | 924,992 |
| | 03/11/2024 | $15.05 | 924,992 | 03/11/2024 | $19.89 | 924,992 |
| | 03/11/2024 | $19.76 | 924,992 | 03/11/2024 | $59.79 | 924,992 |
| | 04/15/2024 | $45.82 | 926,454 | 04/15/2024 | $34.23 | 926,454 |
| | 04/15/2024 | $41.64 | 926,454 | 04/15/2024 | $28.89 | 926,454 |
| | 04/15/2024 | $7.53 | 926,454 | 04/15/2024 | $9.95 | 926,454 |
| | 04/15/2024 | $9.88 | 926,454 | 04/15/2024 | $29.89 | 926,454 |
| | 05/10/2024 | $41.66 | 927,894 | 05/10/2024 | $45.80 | 927,894 |
| | 05/10/2024 | $28.86 | 927,894 | 05/10/2024 | $9.30 | 927,894 |
| | 05/10/2024 | $7.52 | 927,894 | 05/10/2024 | $34.24 | 927,894 |
| | 05/10/2024 | $9.94 | 927,894 | 05/10/2024 | $9.88 | 927,894 |
| | 05/10/2024 | $29.92 | 927,894 | 06/17/2024 | $9.94 | 929,338 |
| | 06/17/2024 | $9.88 | 929,338 | 06/17/2024 | $29.88 | 929,338 |
| | 06/17/2024 | $41.62 | 929,338 | 06/17/2024 | $34.23 | 929,338 |
| | 06/17/2024 | $45.85 | 929,338 | 06/17/2024 | $28.90 | 929,338 |
| | 06/17/2024 | $7.53 | 929,338 | 07/15/2024 | $45.82 | 930,779 |
| | 07/15/2024 | $41.66 | 930,779 | 07/15/2024 | $34.23 | 930,779 |
| | 07/15/2024 | $28.85 | 930,779 | 07/15/2024 | $9.30 | 930,779 |
| | 07/15/2024 | $7.52 | 930,779 | 07/15/2024 | $9.95 | 930,779 |
| | 07/15/2024 | $9.88 | 930,779 | 07/15/2024 | $29.90 | 930,779 |
| | 08/19/2024 | $47.32 | 932,225 | 08/19/2024 | $42.99 | 932,225 |
| | 08/19/2024 | $35.35 | 932,225 | 08/19/2024 | $29.85 | 932,225 |
| | 08/19/2024 | $7.76 | 932,225 | 08/19/2024 | $10.27 | 932,225 |
| | 08/19/2024 | $10.20 | 932,225 | 08/19/2024 | $30.87 | 932,225 |
| | 09/16/2024 | $35.35 | 933,650 | 09/16/2024 | $10.27 | 933,650 |
| | 09/16/2024 | $10.20 | 933,650 | 09/16/2024 | $30.87 | 933,650 |
| | 09/16/2024 | $29.82 | 933,650 | 09/16/2024 | $9.60 | 933,650 |
| | 09/16/2024 | $7.77 | 933,650 | 09/16/2024 | $43.00 | 933,650 |
| | 09/16/2024 | $47.32 | 933,650 | 10/21/2024 | $43.02 | 935,086 |
| | 10/21/2024 | $10.26 | 935,086 | 10/21/2024 | $10.21 | 935,086 |
| | 10/21/2024 | $30.88 | 935,086 | 10/21/2024 | $47.32 | 935,086 |
| | 10/21/2024 | $29.82 | 935,086 | 10/21/2024 | $7.77 | 935,086 |
| | 10/21/2024 | $35.35 | 935,086 | 11/18/2024 | $42.99 | 936,544 |
| | 11/18/2024 | $47.31 | 936,544 | 11/18/2024 | $35.34 | 936,544 |
| | 11/18/2024 | $29.82 | 936,544 | 11/18/2024 | $9.61 | 936,544 |
| | 11/18/2024 | $7.78 | 936,544 | 11/18/2024 | $10.28 | 936,544 |
| | 11/18/2024 | $10.21 | 936,544 | 11/18/2024 | $30.87 | 936,544 |
| | 12/16/2024 | $42.55 | 937,934 | 12/16/2024 | $29.51 | 937,934 |
| | 12/16/2024 | $7.68 | 937,934 | 12/16/2024 | $10.15 | 937,934 |
| | 12/16/2024 | $10.09 | 937,934 | 12/16/2024 | $30.54 | 937,934 |
| | 12/16/2024 | $46.82 | 937,934 | 12/16/2024 | $34.99 | 937,934 |
| | 01/13/2025 | $29.51 | 939,362 | 01/13/2025 | $9.50 | 939,362 |
| | 01/13/2025 | $7.69 | 939,362 | 01/13/2025 | $10.16 | 939,362 |
| | 01/13/2025 | $10.10 | 939,362 | 01/13/2025 | $30.55 | 939,362 |
| | 01/13/2025 | $46.82 | 939,362 | 01/13/2025 | $34.98 | 939,362 |
| | 01/13/2025 | $42.55 | 939,362 | 02/10/2025 | $15.11 | 940,710 |
| | 02/10/2025 | $16.63 | 940,710 | 02/10/2025 | $10.85 | 940,710 |
| | 02/10/2025 | $10.47 | 940,710 | 02/10/2025 | $12.42 | 940,710 |
| | 03/17/2025 | $42.52 | 942,122 | 03/17/2025 | $13.77 | 942,122 |
| | 03/17/2025 | $13.68 | 942,122 | 03/17/2025 | $30.56 | 942,122 |
| | 03/17/2025 | $34.95 | 942,122 | 03/17/2025 | $46.83 | 942,122 |
| | 03/17/2025 | $29.52 | 942,122 | 03/17/2025 | $6.44 | 942,122 |
| | 03/17/2025 | $10.41 | 942,122 | 04/14/2025 | $46.81 | 943,563 |
| | 04/14/2025 | $42.58 | 943,563 | 04/14/2025 | $35.01 | 943,563 |
| | 04/14/2025 | $29.50 | 943,563 | 04/14/2025 | $7.68 | 943,563 |

**Chapter 13 Case # 23-11742**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 04/14/2025 | $10.16 | 943,563 | 04/14/2025 | $10.09 | 943,563 |
| | 04/14/2025 | $30.54 | 943,563 | 05/12/2025 | $47.67 | 945,015 |
| | 05/12/2025 | $43.32 | 945,015 | 05/12/2025 | $35.61 | 945,015 |
| | 05/12/2025 | $30.04 | 945,015 | 05/12/2025 | $9.59 | 945,015 |
| | 05/12/2025 | $7.83 | 945,015 | 05/12/2025 | $10.34 | 945,015 |
| | 05/12/2025 | $10.28 | 945,015 | 05/12/2025 | $31.10 | 945,015 |
| | 06/16/2025 | $95.86 | 946,428 | 06/16/2025 | $60.41 | 946,428 |
| | 06/16/2025 | $9.73 | 946,428 | 06/16/2025 | $15.74 | 946,428 |
| | 06/16/2025 | $87.10 | 946,428 | 06/16/2025 | $71.60 | 946,428 |
| | 06/16/2025 | $20.80 | 946,428 | 06/16/2025 | $20.66 | 946,428 |
| | 06/16/2025 | $62.54 | 946,428 | 07/14/2025 | $87.57 | 947,886 |
| | 07/14/2025 | $96.36 | 947,886 | 07/14/2025 | $60.73 | 947,886 |
| | 07/14/2025 | $9.77 | 947,886 | 07/14/2025 | $15.82 | 947,886 |
| | 07/14/2025 | $71.98 | 947,886 | 07/14/2025 | $20.92 | 947,886 |
| | 07/14/2025 | $20.78 | 947,886 | 07/14/2025 | $62.86 | 947,886 |
| | 09/16/2025 | $43.78 | 950,583 | 09/16/2025 | $30.37 | 950,583 |
| | 09/16/2025 | $7.91 | 950,583 | 09/16/2025 | $10.45 | 950,583 |
| | 09/16/2025 | $10.38 | 950,583 | 09/16/2025 | $31.43 | 950,583 |
| | 09/16/2025 | $48.17 | 950,583 | 09/16/2025 | $35.99 | 950,583 |
| | 10/20/2025 | $47.69 | 952,038 | 10/20/2025 | $35.63 | 952,038 |
| | 10/20/2025 | $43.34 | 952,038 | 10/20/2025 | $30.03 | 952,038 |
| | 10/20/2025 | $9.74 | 952,038 | 10/20/2025 | $7.82 | 952,038 |
| | 10/20/2025 | $10.34 | 952,038 | 10/20/2025 | $10.28 | 952,038 |
| | 10/20/2025 | $31.12 | 952,038 | 11/17/2025 | $43.31 | 953,494 |
| | 11/17/2025 | $30.06 | 953,494 | 11/17/2025 | $7.83 | 953,494 |
| | 11/17/2025 | $10.35 | 953,494 | 11/17/2025 | $10.29 | 953,494 |
| | 11/17/2025 | $31.09 | 953,494 | 11/17/2025 | $47.65 | 953,494 |
| | 11/17/2025 | $35.60 | 953,494 | 12/15/2025 | $10.34 | 954,902 |
| | 12/15/2025 | $10.27 | 954,902 | 12/15/2025 | $31.11 | 954,902 |
| | 12/15/2025 | $30.05 | 954,902 | 12/15/2025 | $9.66 | 954,902 |
| | 12/15/2025 | $7.83 | 954,902 | 12/15/2025 | $35.62 | 954,902 |
| | 12/15/2025 | $43.32 | 954,902 | 12/15/2025 | $47.68 | 954,902 |
| | 01/12/2026 | $43.32 | 956,310 | 01/12/2026 | $10.35 | 956,310 |
| | 01/12/2026 | $10.28 | 956,310 | 01/12/2026 | $31.10 | 956,310 |
| | 01/12/2026 | $35.61 | 956,310 | 01/12/2026 | $47.67 | 956,310 |
| | 01/12/2026 | $30.04 | 956,310 | 01/12/2026 | $7.83 | 956,310 |
| MERRICK BANK | | | | | | |
| | 01/08/2024 | $41.01 | 922,208 | 03/11/2024 | $39.67 | 925,021 |
| | 04/15/2024 | $19.83 | 926,480 | 05/10/2024 | $19.84 | 927,914 |
| | 06/17/2024 | $19.82 | 929,363 | 07/15/2024 | $19.83 | 930,797 |
| | 08/19/2024 | $20.48 | 932,248 | 09/16/2024 | $20.48 | 933,672 |
| | 10/21/2024 | $20.48 | 935,111 | 11/18/2024 | $20.47 | 936,564 |
| | 12/16/2024 | $20.27 | 937,958 | 01/13/2025 | $20.26 | 939,382 |
| | 02/10/2025 | $7.20 | 940,730 | 03/17/2025 | $20.25 | 942,147 |
| | 04/14/2025 | $20.26 | 943,582 | 05/12/2025 | $20.63 | 945,035 |
| | 06/16/2025 | $41.49 | 946,457 | 07/14/2025 | $41.70 | 947,908 |
| | 09/16/2025 | $20.86 | 950,607 | 10/20/2025 | $20.62 | 952,062 |
| | 11/17/2025 | $20.63 | 953,509 | 12/15/2025 | $20.64 | 954,922 |
| | 01/12/2026 | $20.63 | 956,330 | | | |

**Chapter 13 Case # 23-11742**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEW JERSEY DEPARTMENT OF LABOR | | | | | | |
| | 11/13/2023 | $308.19 | 919,472 | 01/08/2024 | $13.96 | 922,251 |
| | 03/04/2024 | ($308.19) | 919,472 | 03/11/2024 | $308.19 | 925,067 |
| | 03/11/2024 | $13.51 | 925,067 | 04/15/2024 | $6.75 | 926,532 |
| | 05/10/2024 | $6.76 | 927,963 | 06/17/2024 | $6.75 | 929,413 |
| | 07/15/2024 | $6.76 | 930,840 | 08/19/2024 | $6.97 | 932,296 |
| | 09/16/2024 | $6.97 | 933,711 | 10/21/2024 | $6.98 | 935,156 |
| | 11/18/2024 | $6.97 | 936,606 | 12/16/2024 | $6.90 | 937,997 |
| | 01/13/2025 | $6.90 | 939,418 | 03/17/2025 | $9.35 | 942,193 |
| | 04/14/2025 | $6.90 | 943,630 | 05/12/2025 | $7.03 | 945,078 |
| | 06/16/2025 | $14.11 | 946,504 | 07/14/2025 | $14.21 | 947,948 |
| | 09/16/2025 | $7.10 | 950,646 | 10/20/2025 | $7.02 | 952,104 |
| | 11/17/2025 | $7.03 | 953,552 | 12/15/2025 | $7.02 | 954,957 |
| | 01/12/2026 | $7.02 | 956,370 | | | |

**Chapter 13 Case # 23-11742**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 01/08/2024 | $33.77 | 8,003,906 | 01/08/2024 | $300.92 | 8,003,906 |
| | 01/08/2024 | $293.02 | 8,003,906 | 01/08/2024 | $18.80 | 8,003,906 |
| | 01/08/2024 | $52.41 | 8,003,906 | 01/08/2024 | $157.83 | 8,003,906 |
| | 01/08/2024 | $53.30 | 8,003,906 | 03/11/2024 | $50.67 | 8,003,991 |
| | 03/11/2024 | $32.64 | 8,003,991 | 03/11/2024 | $152.62 | 8,003,991 |
| | 03/11/2024 | $51.55 | 8,003,991 | 03/11/2024 | $290.99 | 8,003,991 |
| | 03/11/2024 | $283.34 | 8,003,991 | 03/11/2024 | $18.19 | 8,003,991 |
| | 04/15/2024 | $25.33 | 8,004,035 | 04/15/2024 | $76.30 | 8,004,035 |
| | 04/15/2024 | $25.76 | 8,004,035 | 04/15/2024 | $16.34 | 8,004,035 |
| | 04/15/2024 | $145.50 | 8,004,035 | 04/15/2024 | $141.68 | 8,004,035 |
| | 04/15/2024 | $9.10 | 8,004,035 | 05/10/2024 | $25.35 | 8,004,082 |
| | 05/10/2024 | $145.40 | 8,004,082 | 05/10/2024 | $141.71 | 8,004,082 |
| | 05/10/2024 | $9.09 | 8,004,082 | 05/10/2024 | $25.79 | 8,004,082 |
| | 05/10/2024 | $76.33 | 8,004,082 | 05/10/2024 | $16.32 | 8,004,082 |
| | 06/17/2024 | $76.29 | 8,004,126 | 06/17/2024 | $25.33 | 8,004,126 |
| | 06/17/2024 | $25.76 | 8,004,126 | 06/17/2024 | $16.32 | 8,004,126 |
| | 06/17/2024 | $145.59 | 8,004,126 | 06/17/2024 | $141.63 | 8,004,126 |
| | 06/17/2024 | $9.08 | 8,004,126 | 07/15/2024 | $76.32 | 8,004,169 |
| | 07/15/2024 | $25.31 | 8,004,169 | 07/15/2024 | $16.33 | 8,004,169 |
| | 07/15/2024 | $145.50 | 8,004,169 | 07/15/2024 | $141.69 | 8,004,169 |
| | 07/15/2024 | $9.10 | 8,004,169 | 07/15/2024 | $25.78 | 8,004,169 |
| | 08/19/2024 | $78.79 | 8,004,210 | 08/19/2024 | $26.18 | 8,004,210 |
| | 08/19/2024 | $26.60 | 8,004,210 | 08/19/2024 | $16.86 | 8,004,210 |
| | 08/19/2024 | $150.24 | 8,004,210 | 08/19/2024 | $146.29 | 8,004,210 |
| | 08/19/2024 | $9.39 | 8,004,210 | 09/16/2024 | $26.16 | 8,004,251 |
| | 09/16/2024 | $78.80 | 8,004,251 | 09/16/2024 | $26.61 | 8,004,251 |
| | 09/16/2024 | $150.24 | 8,004,251 | 09/16/2024 | $146.30 | 8,004,251 |
| | 09/16/2024 | $9.39 | 8,004,251 | 09/16/2024 | $16.86 | 8,004,251 |
| | 10/21/2024 | $78.80 | 8,004,295 | 10/21/2024 | $26.62 | 8,004,295 |
| | 10/21/2024 | $150.25 | 8,004,295 | 10/21/2024 | $146.30 | 8,004,295 |
| | 10/21/2024 | $9.38 | 8,004,295 | 10/21/2024 | $16.84 | 8,004,295 |
| | 10/21/2024 | $26.17 | 8,004,295 | 11/18/2024 | $26.16 | 8,004,336 |
| | 11/18/2024 | $78.78 | 8,004,336 | 11/18/2024 | $26.61 | 8,004,336 |
| | 11/18/2024 | $150.21 | 8,004,336 | 11/18/2024 | $146.26 | 8,004,336 |
| | 11/18/2024 | $9.40 | 8,004,336 | 11/18/2024 | $16.88 | 8,004,336 |
| | 12/16/2024 | $77.98 | 8,004,376 | 12/16/2024 | $26.33 | 8,004,376 |
| | 12/16/2024 | $148.68 | 8,004,376 | 12/16/2024 | $144.78 | 8,004,376 |
| | 12/16/2024 | $9.28 | 8,004,376 | 12/16/2024 | $25.89 | 8,004,376 |
| | 12/16/2024 | $16.67 | 8,004,376 | 01/13/2025 | $25.89 | 8,004,416 |
| | 01/13/2025 | $77.97 | 8,004,416 | 01/13/2025 | $26.33 | 8,004,416 |
| | 01/13/2025 | $16.68 | 8,004,416 | 01/13/2025 | $148.66 | 8,004,416 |
| | 01/13/2025 | $144.76 | 8,004,416 | 01/13/2025 | $9.29 | 8,004,416 |
| | 02/10/2025 | $9.19 | 8,004,458 | 02/10/2025 | $27.68 | 8,004,458 |
| | 02/10/2025 | $52.77 | 8,004,458 | 02/10/2025 | $51.38 | 8,004,458 |
| | 02/10/2025 | $9.36 | 8,004,458 | 02/10/2025 | $5.92 | 8,004,458 |
| | 03/17/2025 | $77.91 | 8,004,499 | 03/17/2025 | $25.87 | 8,004,499 |
| | 03/17/2025 | $26.31 | 8,004,499 | 03/17/2025 | $16.69 | 8,004,499 |
| | 03/17/2025 | $148.70 | 8,004,499 | 03/17/2025 | $144.78 | 8,004,499 |
| | 03/17/2025 | $12.59 | 8,004,499 | 04/14/2025 | $16.68 | 8,004,542 |
| | 04/14/2025 | $148.62 | 8,004,542 | 04/14/2025 | $144.72 | 8,004,542 |
| | 04/14/2025 | $9.29 | 8,004,542 | 04/14/2025 | $78.03 | 8,004,542 |
| | 04/14/2025 | $25.91 | 8,004,542 | 04/14/2025 | $26.35 | 8,004,542 |
| | 05/12/2025 | $79.39 | 8,004,579 | 05/12/2025 | $26.36 | 8,004,579 |
| | 05/12/2025 | $16.98 | 8,004,579 | 05/12/2025 | $151.36 | 8,004,579 |
| | 05/12/2025 | $147.39 | 8,004,579 | 05/12/2025 | $9.46 | 8,004,579 |
| | 05/12/2025 | $26.81 | 8,004,579 | 06/16/2025 | $53.91 | 8,004,619 |
| | 06/16/2025 | $304.33 | 8,004,619 | 06/16/2025 | $296.35 | 8,004,619 |
| | 06/16/2025 | $19.02 | 8,004,619 | 06/16/2025 | $52.99 | 8,004,619 |
| | 06/16/2025 | $159.60 | 8,004,619 | 06/16/2025 | $34.15 | 8,004,619 |
| | 07/14/2025 | $160.46 | 8,004,662 | 07/14/2025 | $53.27 | 8,004,662 |
| | 07/14/2025 | $34.33 | 8,004,662 | 07/14/2025 | $54.19 | 8,004,662 |

**Chapter 13 Case # 23-11742**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 07/14/2025 | $305.95 | 8,004,662 | 07/14/2025 | $297.91 | 8,004,662 |
| | 07/14/2025 | $19.12 | 8,004,662 | 09/16/2025 | $26.65 | 8,004,743 |
| | 09/16/2025 | $17.16 | 8,004,743 | 09/16/2025 | $80.23 | 8,004,743 |
| | 09/16/2025 | $27.09 | 8,004,743 | 09/16/2025 | $152.97 | 8,004,743 |
| | 09/16/2025 | $148.94 | 8,004,743 | 09/16/2025 | $9.55 | 8,004,743 |
| | 10/20/2025 | $26.34 | 8,004,785 | 10/20/2025 | $79.41 | 8,004,785 |
| | 10/20/2025 | $26.83 | 8,004,785 | 10/20/2025 | $16.99 | 8,004,785 |
| | 10/20/2025 | $151.28 | 8,004,785 | 10/20/2025 | $147.44 | 8,004,785 |
| | 10/20/2025 | $9.47 | 8,004,785 | 11/17/2025 | $26.37 | 8,004,824 |
| | 11/17/2025 | $79.37 | 8,004,824 | 11/17/2025 | $26.79 | 8,004,824 |
| | 11/17/2025 | $151.45 | 8,004,824 | 11/17/2025 | $147.35 | 8,004,824 |
| | 11/17/2025 | $9.45 | 8,004,824 | 11/17/2025 | $16.98 | 8,004,824 |
| | 12/15/2025 | $26.36 | 8,004,864 | 12/15/2025 | $26.82 | 8,004,864 |
| | 12/15/2025 | $79.38 | 8,004,864 | 12/15/2025 | $151.36 | 8,004,864 |
| | 12/15/2025 | $147.39 | 8,004,864 | 12/15/2025 | $9.47 | 8,004,864 |
| | 12/15/2025 | $16.98 | 8,004,864 | 01/12/2026 | $79.38 | 8,004,905 |
| | 01/12/2026 | $26.36 | 8,004,905 | 01/12/2026 | $26.81 | 8,004,905 |
| | 01/12/2026 | $16.98 | 8,004,905 | 01/12/2026 | $151.35 | 8,004,905 |
| | 01/12/2026 | $147.38 | 8,004,905 | 01/12/2026 | $9.46 | 8,004,905 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 01/08/2024 | $12.53 | 8,003,925 | 03/11/2024 | $12.14 | 8,004,011 |
| | 04/15/2024 | $6.06 | 8,004,053 | 05/10/2024 | $5.53 | 8,004,098 |
| | 05/10/2024 | $6.07 | 8,004,098 | 06/17/2024 | $6.06 | 8,004,140 |
| | 07/15/2024 | $6.07 | 8,004,183 | 08/19/2024 | $6.26 | 8,004,220 |
| | 09/16/2024 | $6.26 | 8,004,259 | 10/21/2024 | $6.27 | 8,004,299 |
| | 11/18/2024 | $5.58 | 8,004,342 | 11/18/2024 | $6.26 | 8,004,342 |
| | 12/16/2024 | $6.19 | 8,004,390 | 01/13/2025 | $6.20 | 8,004,422 |
| | 03/17/2025 | $8.39 | 8,004,504 | 04/14/2025 | $6.19 | 8,004,547 |
| | 05/12/2025 | $5.01 | 8,004,587 | 05/12/2025 | $6.32 | 8,004,587 |
| | 06/16/2025 | $12.68 | 8,004,625 | 07/14/2025 | $12.75 | 8,004,669 |
| | 09/16/2025 | $6.38 | 8,004,749 | 10/20/2025 | $5.73 | 8,004,790 |
| | 10/20/2025 | $6.31 | 8,004,790 | 11/17/2025 | $6.30 | 8,004,830 |
| | 12/15/2025 | $6.31 | 8,004,870 | 01/12/2026 | $6.32 | 8,004,911 |
| UPSTART NETWORK | | | | | | |
| | 01/08/2024 | $35.39 | 922,661 | 03/11/2024 | $34.22 | 925,513 |
| | 04/15/2024 | $17.12 | 927,014 | 05/10/2024 | $17.10 | 928,393 |
| | 06/17/2024 | $17.12 | 929,910 | 07/15/2024 | $17.12 | 931,279 |
| | 08/19/2024 | $17.66 | 932,792 | 09/16/2024 | $17.67 | 934,146 |
| | 10/21/2024 | $17.67 | 935,660 | 11/18/2024 | $17.67 | 937,060 |
| | 12/16/2024 | $17.48 | 938,480 | 01/13/2025 | $17.48 | 939,893 |
| | 02/10/2025 | $6.22 | 941,232 | 03/17/2025 | $17.47 | 942,706 |
| | 04/14/2025 | $17.48 | 944,112 | 05/12/2025 | $17.80 | 945,564 |
| | 06/16/2025 | $35.80 | 947,002 | 07/14/2025 | $35.99 | 948,445 |
| | 09/16/2025 | $17.99 | 951,110 | 10/20/2025 | $17.79 | 952,609 |
| | 11/17/2025 | $17.81 | 954,023 | 12/15/2025 | $17.80 | 955,447 |
| | 01/12/2026 | $17.80 | 956,846 | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 11/18/2024 | $5.22 | 935,923 | 10/20/2025 | $5.03 | 951,349 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,850.78 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,012.02 | 100.00% | 3,012.02 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICANEXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | LVNV FUNDING LLC | UNSECURED | 8,431.64 | * | 1,241.65 | |
| 0003 | CENLAR FSB | (NEW) Prepetition / | 2,040.99 | 100.00% | 2,040.99 | |

**Chapter 13 Case # 23-11742**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITIBANK NA | UNSECURED | 2,767.50 | * | 407.55 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 7,662.43 | * | 1,128.37 | |
| 0007 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,661.91 | * | 686.52 | |
| 0009 | CITIBANK SOUTH DAKOTA NA | SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | COMENITY BANK/VICTORIA'S SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | QUANTUM3 GROUP LLC | UNSECURED | 167.63 | * | 21.85 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,115.79 | * | 164.32 | |
| 0013 | COMENITY CAPITAL BANK/TOYOTA CRE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | FIFTH THIRD BANK | VEHICLE SECURI | 10.00 | 100.00% | 10.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 889.33 | * | 130.97 | |
| 0017 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | JPMORGAN CHASE BANK NA | UNSECURED | 2,907.61 | * | 428.18 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,040.78 | * | 2,067.65 | |
| 0020 | MERRICK BANK | UNSECURED | 3,648.95 | * | 537.35 | |
| 0022 | PNC BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 5,313.97 | * | 782.54 | |
| 0024 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0026 | LVNV FUNDING LLC | UNSECURED | 855.64 | * | 121.16 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 1,384.23 | * | 203.85 | |
| 0028 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,561.31 | * | 229.92 | |
| 0029 | LVNV FUNDING LLC | UNSECURED | 6,298.90 | * | 927.58 | |
| 0030 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,741.96 | * | 698.31 | |
| 0033 | UPSTART NETWORK | UNSECURED | 3,148.53 | * | 463.65 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 1,829.67 | * | 269.44 | |
| 0037 | LVNV FUNDING LLC | UNSECURED | 1,817.93 | * | 267.71 | |
| 0038 | LVNV FUNDING LLC | UNSECURED | 5,501.11 | * | 810.10 | |
| 0039 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 769.35 | * | 108.94 | |
| 0040 | JPMORGAN CHASE BANK NA | UNSECURED | 4,984.35 | * | 734.00 | |
| 0041 | JPMORGAN CHASE BANK NA | UNSECURED | 615.27 | * | 87.12 | |
| 0042 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,771.06 | * | 3,942.32 | |
| 0043 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 26,067.96 | * | 3,838.79 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,672.97 | * | 246.37 | |
| 0045 | NEW JERSEY DEPARTMENT OF LABOR | PRIORITY | 308.19 | 100.00% | 308.19 | |
| 0046 | NEW JERSEY DEPARTMENT OF LABOR | UNSECURED | 1,242.54 | * | 182.97 | |
| 0047 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 4,166.02 | * | 613.49 | |
| 0048 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 78.68 | * | 10.25 | |
| 0049 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,003.90 | * | 442.35 | |

**Total Paid: $29,017.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $29,034.10 - Paid to Claims: $24,154.45 - Admin Costs Paid: $4,862.80 = Funds on Hand: $16.85

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.